# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| THELMA I. SEAL AND ) | |
| CYNTHIA TARVER CARRANZA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. |
| SOUTHERN ENERGY HOMES, INC., ) | 1:20-cv-190-HSO-JCG |
| A DELAWARE CORPORATION, ) | |
| STEVEN W. STANFORD, D/B/A ) | |
| STANFORD MOBILE HOMES SALES ) | |
| AND CARLSBAD NATIONAL BANK, ) | |
| ) | |
| Defendants. ) | |

## PRO TANTO JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS BETWEEN PLAINTIFFS, THELMA I. SEAL AND CYNTHIA TARVER CARRANZA, AND DEFENDANT, CARLSBAD NATIONAL BANK

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Thelma I. Seal and Cynthia Tarver Carranza, and Defendant, Carlsbad National Bank, who hereby jointly stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal with prejudice of all claims asserted by Plaintiffs against Defendant, Carlsbad National Bank, with each party to bear her/its own attorneys' fees and costs. This Pro Tanto Joint Stipulation nor any settlement/release agreement between Plaintiffs and Defendant, Carlsbad National Bank shall not have any effect in any way on Plaintiffs' claims against any other Defendant in this action and the Plaintiffs' claims against all other Defendants in this action shall remain fully pending.

Respectfully submitted this 25th day of April 2022.

| | |
|---|---|
| _s/ Rick A. La Trace_ | _s/ Nathan S. Farmer_ |
| Rick A. La Trace (LATRR5429) | **(Electronic signature used with permission)** |
| JOHNSTONE ADAMS, LLC | Nathan S. Farmer (MSB # 09353) |
| One Saint Louis Street, Suite 4000 | NATHAN S. FARMER, P.A. |
| Mobile, Alabama 36602 | 120 Goodyear Boulevard |
| Telephone: (251) 441-9255 | P.O. Box 1608 |
| Facsimile: (251) 432-2800 | Picayune, Mississippi 39466 |
| ral@johnstoneadams.com | Telephone: (601) 749-8745 |
| | Facsimile: (601) 749-7045 |
| | nathan@nathanfarmerlaw.com |
| *Attorney for Defendant, CNB Bank fka Carlsbad National Bank* | *Attorney for Plaintiffs, Thelma I. Seal and Cynthia Tarver Carranza* |

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of April 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James L. Quinn, Esq.
ATTORNEY AT LAW, PLLC
Post Office Box 271
Hattiesburg, MS 39403-0271

C. Paige Herring, Esq.
MCANGUS, GOUDELOCK & COURIE, LLC
Post Office Box 2955
Jackson, MS 39158

                                               _s/ Rick A. La Trace_
                                               Rick A. La Trace

1657443.docx