IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**THELMA I. SEAL,** *et al*                                                           **PLAINTIFFS**

**v.**                                                **Civil No. 1:20-cv-190-HSO-RHWR**

**SOUTHERN ENERGY HOMES,** *et al*                                  **DEFENDANTS**

## ORDER LIFTING THE STAY AND REOPENING THE CASE

This matter is before the Court sua sponte. On January 26, 2021, District Judge Halil S. Ozerden entered a Memorandum Opinion and Order which stayed and administratively closed this case pending the resolution of arbitration. Mem. Op. & Order [18] at 20. On May 31, 2022, this Court conducted a Telephonic Status Conference with the parties. During the conference, counsel advised the Court that the matter had settled in full, and they were currently awaiting the exchange of the release and money. Minute Entry 5/31/22. Therefore, the Court will lift the stay and reopen this case.

**IT IS, THEREFORE, ORDERED** that, the Clerk of Court shall lift the stay in this matter and reopen the case.

**SO ORDERED**, this the 1st day of June 2022.

*s/ Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE